MICHAEL J. IOANNOU (SBN 95208)
DANIEL P. MCKINNON (SBN 234749)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA  95113-2429
Telephone:      (408) 287-6262
Facsimile:       (408) 918-4501
Email:             mioannou@rmkb.com
                      dmckinnon@rmkb.com

Attorneys for Defendant
LIADAN BOYEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XAVIER BOYEN,<br><br>                Plaintiff,<br><br>v.<br><br>LIADAN BOYEN,<br><br>                Defendant. | CASE NO.  C 12-00854 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS**<br><br>Judge: The Honorable Samuel Conti |

Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiff Xavier Boyen and Defendant Liadan Boyen agree and stipulate as follows:

1. The Initial Case Management Conference is currently scheduled for June 22, 2012. In compliance with Fed. R. Civ. Proc. 26(f), the parties have engaged in the meet and confer process regarding claims and defenses, initial disclosures, early settlement, ADR process selection, and discovery plan.

2. During this conference, the parties met and conferred regarding Defendant's request that Plaintiff voluntarily dismiss this federal action for lack of jurisdiction, or alternatively, stay the action in deference to a related state court dissolution action pending in the Santa Clara

County Superior Court, Family Law Division, 6-11-FL007367. Plaintiff disagrees with Defendant's position and declined Defendant's request to dismiss or stay the action. Therefore Defendant has filed a Motion To Dismiss for Lack of Subject Matter Jurisdiction, or Alternatively, to Stay the Action in Deference to Parallel State Court Marital Dissolution Action ("Motion to Dismiss"), which is currently scheduled to be heard on July 27, 2012. (See Docs. 61, 62, and 63.)

3. The parties believe that both matters should be heard simultaneously in an effort to utilize judicial resources economically.

4. The parties accordingly propose continuing the Initial Case Management Conference and the hearing on the Motion to Dismiss to August 31, 2012, or such later date as may be convenient for the Court.

5. Consequently, IT IS HEREBY STIPULATED between Plaintiff and Defendant, through their respective counsel of record, and pursuant to Civil Local Rule 6-2 and 7-12, that, to the extent allowed by the Court's calendar, the Initial Case Management Conference now scheduled for June 22, 2012, and the Motion to Dismiss now scheduled for July 27, 2012 are both continued to August 31, 2012, or such later date as may be convenient for the Court.

Dated: June 12, 2012.    SCHOENBERG FAMILY LAW GROUP, P.C

By:   /s/ *Debra R. Schoenberg*
DEBRA R. SCHOENBERG, ESQ.
Attorneys for Plaintiff
XAVIER BOYEN

Dated: June 12, 2012.    ROPERS, MAJESKI, KOHN & BENTLEY

By:   /s/ *Daniel P. McKinnon*
DANIEL P. MCKINNON
Attorneys for Defendant
LIADAN BOYEN

I, Daniel P. McKinnon, am the ECF user whose identification and password are being used to file this stipulation. In compliance with General Order 45.X.B, I hereby attest that the other signatory has concurred in this filing.

Dated: June 12, 2012.	ROPERS, MAJESKI, KOHN & BENTLEY

By: ___/s/ *Daniel P. McKinnon*_____
DANIEL P. MCKINNON, ESQ.
Attorneys for Defendant
LIADEN BOYEN

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED, that the Initial Case Management Conference previously scheduled for June 22, 2012, and the Motion to Dismiss previously scheduled for July 27, 2012 shall both be continued and shall both be held on August 31, 2012, at 10:00 a.m.

Dated: June __14____, 2012.	By: _____
Honorable Samuel Conti
UNITED STATES DISTRICT COURT JUDGE