AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## NORTHERN District of CALIFORNIA

XAVIER BOYEN

                Plaintiff (s),

V.

LIADAN BOYEN

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:12-cv-00854-SC

Notice is hereby given that, subject to approval by the court, **LIADAN BOYEN** substitutes
(Party (s) Name)

Michael J. Ioannou , State Bar No. 95208 as counsel of record in
(Name of New Attorney)

place of George Robert Wills, Wills, O'Neill & Mellk.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        Ropers, Majeski, Kohn & Bentley
    Address:           50 W. San Fernando Street, Suite 1400, San Jose, CA 95113
    Telephone:       (408) 287-6262        Facsimile (408) 918-4501
    E-Mail (Optional):  mioannou@rmkb.com

I consent to the above substitution.

Date: June 13, 2012

LIADAN BOYEN
(Signature of Party (s))

I consent to being substituted.

Date: 6/13/12 2012

GEORGE ROBERT WILLS
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/14/12 2012

MICHAEL J. IOANNOU
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 6/18/12

IT IS SO ORDERED
Judge Samuel Conti

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com