AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## NORTHERN District of CALIFORNIA

XAVIER BOYEN

                Plaintiff (s),    **CONSENT ORDER GRANTING**
    V.    **SUBSTITUTION OF ATTORNEY**

LIADAN BOYEN

                Defendant (s),    CASE NUMBER: 3:12-cv-00854-SC

Notice is hereby given that, subject to approval by the court, **LIADAN BOYEN** substitutes
                                                                                      (Party (s) Name)

**Michael J. Ioannou**, State Bar No. **95208** as counsel of record in
(Name of New Attorney)

place of **George Robert Wills, Wills, O'Neill & Mellk.**
                                (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        Ropers, Majeski, Kohn & Bentley
    Address:            50 W. San Fernando Street, Suite 1400, San Jose, CA 95113
    Telephone:        (408) 287-6262        Facsimile (408) 918-4501
    E-Mail (Optional):   mioannou@rmkb.com

I consent to the above substitution.

Date: June 13, 2012

                                          LIADAN BOYEN
                                          (Signature of Party (s))

I consent to being substituted.

Date: 6/13/12, 2012

                                          GEORGE ROBERT WILLS
                                          (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/14/12, 2012

                                          (Signature of New Attorney)
                                          MICHAEL J. IOANNOU

The substitution of attorney is hereby approved and so ORDERED.

Date: 6/18/12

IT IS SO ORDERED
Judge Samuel Conti

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com