AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## NORTHERN District of CALIFORNIA

XAVIER BOYEN

                          Plaintiff (s),

V.

LIADAN BOYEN

                          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:12-cv-00854-SC

Notice is hereby given that, subject to approval by the court, __LIADAN BOYEN__ substitutes
(Party (s) Name)

__Daniel P. McKinnon__, State Bar No. __234749__ as counsel of record in
(Name of New Attorney)

place of __George Robert Wills, Wills, O'Neill & Mellk__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Ropers, Majeski, Kohn & Bentley
    Address: 50 W. San Fernando Street, Suite 1400, San Jose, CA 95113
    Telephone: (408) 287-6262     Facsimile (408) 918-4501
    E-Mail (Optional): dmckinnon@rmkb.com

I consent to the above substitution.

Date: __June 13__, 2012

LIADAN BOYEN
(Signature of Party (s))

I consent to being substituted.

Date: __6/13/__ 2012

GEORGE ROBERT WILLS
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: __June 14__ 2012

DANIEL P. MCKINNON
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __6/18/12__

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com