AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## NORTHERN District of CALIFORNIA

XAVIER BOYEN

                           Plaintiff (s),

           V.

LIADAN BOYEN

                           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:12-cv-00854-SC

Notice is hereby given that, subject to approval by the court, **LIADAN BOYEN** substitutes
                                                                (Party (s) Name)

Daniel P. McKinnon, State Bar No. 234749 as counsel of record in
(Name of New Attorney)

place of George Robert Wills, Wills, O'Neill & Mellk.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Ropers, Majeski, Kohn & Bentley
    Address: 50 W. San Fernando Street, Suite 1400, San Jose, CA 95113
    Telephone: (408) 287-6262      Facsimile (408) 918-4501
    E-Mail (Optional): dmckinnon@rmkb.com

I consent to the above substitution.

Date: June 13, 2012

                                                    LIADAN BOYEN
                                                    (Signature of Party (s))

I consent to being substituted.

Date: 6/13/2012

                                                    GEORGE ROBERT WILLS
                                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: June 14, 2012

                                                    (Signature of New Attorney)
                                                  DANIEL P. MCKINNON

The substitution of attorney is hereby approved and so ORDERED.

Date: 6/18/12

                                                   IT IS SO ORDERED
                                                   Judge Samuel Conti

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com