IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER BOYEN, ) | Case No. 12-0854-SC |
| ) | |
| Petitioner, ) | ORDER GRANTING MOTION TO |
| ) | DISMISS FOR LACK OF |
| v.  ) | <u>SUBJECT-MATTER JURISDICTION</u> |
| ) | |
| LIADAN BOYEN, ) | |
| ) | |
| Respondent. ) | |
| ) | |

The Court GRANTS Respondent Liadan Boyen's motion to dismiss the instant case. ECF No. 63. On December 2, 2010, the New Jersey district judge who initially presided over this case entered an order which, pursuant to the stipulation of the parties, dismissed with prejudice Petitioner Xavier Boyen's claim under the International Child Abduction Remedies Act, 42 U.S.C. § 11601 <u>et seq.</u> ("ICARA"). ECF No. 33. The case presented no other federal questions. Hence, with the ICARA claim dismissed, no independent ground for federal jurisdiction exists. Moreover, the Court declines to exercise supplementary (or "ancillary") jurisdiction in the absence of a federal claim. 28 U.S.C. § 1367(c)(3). The Court accordingly DISMISSES this action for lack of jurisdiction.

IT IS SO ORDERED.

Dated: September 20, 2012             _____
                                      UNITED STATES DISTRICT JUDGE